**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| **JOHN J. GUMBS,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**JULIUS WILSON, individually and in his** )<br>**official capacity as Director of Prisons;** )<br>**KEITH FRANCOIS, individually and in his** )<br>**official capacity as Warden; THESHIA** )<br>**NIEVES, individually and in her official** )<br>**capacity as Education Coordinator; DIANE** )<br>**PROSPER, Assistant Warden; and DERRICK** )<br>**LIBURD, Chief,** )<br>)<br>**Defendants.** )<br>) | Civil Action No. 2011-0008 |

**Attorneys:**
**John J. Gumbs,** *Pro Se*
St. Croix, U.S.V.I.
    *For the Plaintiff*

**Raymond T. James, Esq.,**
St. Croix, U.S.V.I.
    *For the Defendants*

**ORDER**

    **UPON CONSIDERATION** of Plaintiff's "Motion to Vacate Order Dated September 8, 2013" (Dkt. No. 56), and the Report and Recommendation of Magistrate Judge George W. Cannon, Jr. (Dkt. No. 62), and for the reasons set forth in the accompanying Memorandum Opinion filed contemporaneously herewith, it is hereby

    **ORDERED** that the recommendation of the Magistrate Judge is **ACCEPTED**; and it is further

1

**ORDERED** that Plaintiff's Motion to Vacate Order Dated September 8, 2013 is **DENIED**.

**SO ORDERED**.

Date: April 10, 2015

_____/s/_____
WILMA A. LEWIS
Chief Judge